[No. 14595-6-III.     Division Three.     August 29, 1996.]

*In the Matter of the Marriage of* SHERRY R. GROOM, *Respondent*, and LARRY D. GROOM, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 94-3-00105-6, Donald W. Schacht, J., entered December 12, 1994. *Reversed* by unpublished opinion per Sweeney, C.J., concurred in by Munson and Schultheis, JJ.

[No. 14616-2-III.     Division Three.     August 29, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN MANUEL GUZMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 94-1-00061-8, Ted Kolbaba, J., entered January 3, 1995. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Thompson and Schultheis, JJ.

[No. 14809-2-III.     Division Three.     August 29, 1996.]

JAMES MORSE, *Appellant*, v. WESTINGHOUSE HANFORD COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Chelan County, No. 92-2-00322-5, Craig Matheson, J., entered March 16, 1995. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Thompson, J.

[No. 15518-8-III.     Division Three.     August 29, 1996.]

*In the Matter of the Personal Restraint of* PARKER CHARLES STANPHILL, *Petitioner*.

Petition for relief from personal restraint. *Granted in part* by unpublished per curiam opinion.